UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NEFTALI HURST,

        Defendant.
_____/

Case No. 1:06-CR-179-08

HON. GORDON J. QUIST

**REPORT AND RECOMMENDATION**

        Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on November 18, 2008, after receiving the written consent of defendant and all counsel. At the hearing, defendant NEFTALI HURST entered a plea of guilty to Count 2s of the superseding Indictment, charging defendant with Possession with Intent to Distribute Cocaine in violation of 21:841(a)(1), 21:841(b)(1)(C); Count 3s of the superseding Indictment charging defendant with Possession of a Firearm by Defendant Convicted of Domestic Violence in violation of 18:922(g)(9), 18:921(a), 18:924(a)(2); and Count 5s of the superseding Indictment charging defendant with Absconding on Bond in violation of 18:3146(a), 18:3146(b)(1)(A)(I), in exchange for the undertakings made by the government in the written plea agreement. On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea

agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Counts 2s, 3s and 5s of the superseding Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. It is further recommended that defendant remain detained pending sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, determination of defendant's status pending sentencing, and imposition of sentence are specifically reserved for the district judge. The clerk is directed to procure a transcript of the plea hearing for review by the District Judge.


Date: November 18, 2008                      /s/ Timothy P. Greeley
                                                      TIMOTHY P. GREELEY
                                                     United States Magistrate Judge


**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).